AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Magnus-Stinson, Jane E. | **2. Court or Organization**<br><br>Us District Court Southern District of Indiana | **3. Date of Report**<br><br>05/10/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge- active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>Birch Bayh United States Courthouse<br>46 E. Ohio St., Room 304<br>Indianapolis, IN 46204 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | Indiana University Robert H. McKinney School of Law |
| 2. | Member, Board of Visitors | Butler University, College of Education |
| 3. | Member, Board of Directors | Christamore House |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1995 | Indiana Judges Retirement Fund, pension upon retirement, eligible for benefits 2020-2023 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/21/11 | National Institute for Trial Advocacy | $2,613.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Cripe Architects + Engineers, wages |
| 2. | 2011 | Indiana Public Employees Retirement Fund - pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | October 9-14, 2011 | Indianapolis, IN | Trial Skills Seminar | Meals provided |
| 2. | Columbia University School of Law | November 1-2, 2011 | New York, NY | Speech concerning judicial selection | Air fare, hotel, meals provided |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deferred Compensation Acct. J1 | | | | | | | | | |
| 2. -Indiana Stable Value Fund | B | Interest | | | Sold | 05/23/11 | L | A | |
| 3. Deferred Compensation Acct. J2 | | | | | | | | | |
| 4. -Indiana Stable Value Fund | A | Interest | | | Sold | 05/23/11 | J | A | |
| 5. Vanguard 500 Index Fund | A | Dividend | J | T | Sold (part) | 09/30/11 | J | A | |
| 6. Settlers Life IRA | C | Interest | L | T | | | | | |
| 7. Regions Bank IRA | A | Int./Div. | | | Sold (part) | 05/23/11 | K | B | |
| 8. | | | | | Sold | 07/05/11 | J | A | |
| 9. Deferred Compensation Acct. B1 | | | | | | | | | |
| 10. Indiana Stable Value Fund | A | Interest | | | Sold | 06/07/11 | L | D | |
| 11. Deferred Compensation Acct. B2 | | | | | | | | | |
| 12. Indiana Stable Value Fund | A | Interest | | | Sold | 06/07/11 | J | A | |
| 13. Indiana Members Credit Union Acctos. | A | Int./Div. | L | T | | | | | |
| 14. Regions Bank Acct. | | None | J | T | | | | | |
| 15. Huntington National Bank Acct. | | None | | | Closed | 01/04/11 | J | | |
| 16. PNC Money Market Acct. | A | Interest | | | Sold | 05/23/11 | K | A | |
| 17. Old National Bank Acct. | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cripe Deferred Comp Alliance Benefit Group | | | | | | | | | |
| 19. -Rainier Balanced Portfolio | A | Interest | | | Sold | 01/21/11 | J | A | |
| 20. -Columbia Balanced Fund | B | Interest | J | T | Buy | 01/24/11 | J | | |
| 21. -PIMCO Total Return Fund | A | Interest | J | T | | | | | |
| 22. Van Kampen Equity IRA (J) | A | Interest | | | Sold | 05/26/11 | J | A | |
| 23. Van Kampen Equity IRA(B) | A | Interest | | | Sold | 06/07/11 | J | A | |
| 24. J IN College Choice PIMCO Total Return | A | Interest | | | Sold | 06/06/11 | J | A | |
| 25. J IN College Choice Columbia Acorn Portfolio | A | Interest | | | Sold | 06/06/11 | J | A | |
| 26. J IN College Choice TRowe Price Large Cap | A | Interest | | | Sold | 06/06/11 | J | A | |
| 27. G IN College Choice PIMCO Total Return | A | Interest | | | Sold | 06/06/11 | J | A | |
| 28. G IN College Choice Columbia Acorn Portfolio | A | Interest | | | Sold | 06/06/11 | J | A | |
| 29. G IN College Choice TRowe Price Large Cap | A | Interest | | | Sold | 06/06/11 | J | A | |
| 30. J IN 529 Age Based Income Portfolio | A | Interest | K | T | Buy | 06/06/11 | J | | |
| 31. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 32. G IN 529 Age Based Conservative Growth Portfolio | A | Interest | J | T | Buy | 04/01/11 | J | | |
| 33. Charles Schwab ▨ Brokerage Account | | | | | | | | | |
| 34. CERES California Muni Bond | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Indiana Finacial Authority Muni Bond | A | Interest | J | T | | | | | |
| 36. Matthews Asia Dividend Fund (MAPIX) | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 37. Schwab Bank Cash | A | Interest | J | T | | | | | |
| 38. Schwab Brokerage | | | | | | | | | |
| 39. Schwab Bank Cash | A | Dividend | J | T | | | | | |
| 40. JPMorgan Tax Aware Real Return (TXRIX) | A | Int./Div. | J | T | | | | | |
| 41. Thornburg Intermediate Muni Bond (THMIX) | A | Int./Div. | J | T | | | | | |
| 42. Artisan International Fund (ARTIX) | A | Dividend | J | T | | | | | |
| 43. Schwab S&P 500 Index (SWPPX) | A | Dividend | J | T | | | | | |
| 44. Charles Schwab IRA | | | | | | | | | |
| 45. Schwab Bank Cash | A | Int./Div. | J | T | | | J | | |
| 46. JPMorgan Inflation Managed Bond (JRBSX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 47. Loomis Sayles Global Bond (LSGLX) | A | Dividend | J | T | Buy | 09/30/11 | J | | |
| 48. Pioneer Strategic Income (STRYX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 49. Vanguard Short Term Investment Grade (VFSTX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 50. Artisan International Fund (ARTIX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 51. Diamond Hill Small Cap (DHSCX) | A | Distribution | J | T | Buy | 06/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Dodge & Cox Stock (DODGX) | A | Dividend | K | T | Buy | 06/07/11 | J | | |
| 53. Forward International Small Company | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 54. Goldman Sachs Mid Cap Value (GCMAX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 55. Harbor Capital Appreciation (HACAX) | A | Dividend | J | T | Buy | 06/07/11 | J | | |
| 56. Matthews Asia Dividend (MAPIX) | A | Distribution | J | T | Buy | 09/30/11 | J | | |
| 57. Merdian Growth Fund (MERDX | A | Distribution | J | T | Buy | 06/07/11 | J | | |
| 58. Neuberger Berman Gensis (NBGNX) | A | Distribution | J | T | Buy | 06/07/11 | J | | |
| 59. Charles Schwab IRA - ▊ | | | | | | | | | |
| 60. Schwab Bank Cash | A | Int./Div. | J | T | | | | | |
| 61. JPMorgan Inflation Managed Bond (JIMAX) | A | Int./Div. | J | T | Buy | 05/26/11 | J | | |
| 62. Loomis Sayles Global Bond (LSGLX) | A | Int./Div. | J | T | Buy | 05/26/11 | J | | |
| 63. Metropolitan West Total Return (MWTRX) | A | Int./Div. | J | T | Buy | 05/26/11 | J | | |
| 64. Pioneer Strategic Income (PSRAX) | A | Int./Div. | J | T | Buy | 05/26/11 | J | | |
| 65. Vanguard Short Term Inv (VFSTX) | A | Int./Div. | J | T | Buy | 05/27/11 | J | | |
| 66. American Funds AMCAP (AMCFX) | | None | K | T | Buy | 05/26/11 | K | | |
| 67. Artisan Intl Fund (ARTIX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |
| 68. Diamond Hill Small Cap (DHSCX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Goldman Sachs Mid Cap Value (GSMCX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |
| 70. Harbor International (HAINX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |
| 71. Matthews Asia Dividend (MAPIX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |
| 72. Meridian Growth (MERDX) | A | Distribution | J | T | Buy | 05/26/11 | J | | |
| 73. Vanguard Windsor II (VWNFX) | A | Dividend | J | T | Buy | 05/27/11 | K | | |
| 74. Van Kampen Equity Income (ACEIX) | | None | | | Sold | 05/26/11 | J | A | |
| 75. Eaton Vance Floating Rate (EIBLX) | A | Int./Div. | | | Sold | 08/11/11 | J | A | |
| 76. Charles Schwab Brokerage - ▮▮▮ - ▮▮▮ | | | | | | | | | |
| 77. Schwab Bank Cash | A | Int./Div. | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2011,          changed financial managers. This accounts for the high number of changes in Part VII. With respect to Line 7, that IRA was sold in 2 parts.

| Name of Person Reporting | Date of Report |
|---|---|
| Magnus-Stinson, Jane E. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane E. Magnus-Stinson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544